**IT IS ORDERED as set forth below:**

Date: January 26, 2010

_____
**James E. Massey
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| DENNIS D. WILLIAMS, | * | CASE NUMBER: 09-86563-jem |
| | * | |
| DEBTOR. | * | JUDGE MASSEY |

**ORDER DISMISSING CASE**

On December 29, 2009, the United States Trustee filed a Motion to Dismiss. It appearing to the Court that all parties were properly served, that the debtor did not file a response to the motion and did not appear at the hearing, the Court finds that good cause exists to dismiss the case. It is therefore

**ORDERED** that pursuant to 11 U.S.C. § 1112(b), the motion is granted, and case no. 09-86563-jem is dismissed.

**END OF DOCUMENT**

*Prepared by*:

*/s/ Thomas W. Dworschak*
Thomas W. Dworschak, Trial Attorney
Attorney for the United States Trustee
Georgia Bar No.: 236380
**United States Department of Justice**
**Office of the United States Trustee**
362 Richard Russell Building
Atlanta, Georgia 30303
404-331-4437, ext. 145
thomas.w.dworschak@usdoj.gov

DISTRIBUTION LIST

| | |
|---|---|
| Dennis D. Williams | Thomas Wayne Dworschak |
| 3806 Lamb Drive | United States Department of Justice |
| Marietta, GA 30064 | Office of the United States Trustee |
| | 362 Richard Russell Building |
| Patrick L. Flanagan | 75 Spring Street, SW |
| Patrick L. Flanagan , P.C. | Atlanta, GA 30303 |
| Suite 1 | |
| 4246 Peachtree St., NE | |
| Atlanta, GA 30319 | |